No. 10–5317. YOUNG v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, *ante,* p. 915;

No. 10–5532. REECE v. COUNTRYWIDE HOME LOANS ET AL., *ante,* p. 927;

No. 10–5969. HYDE v. VALDEZ, *ante,* p. 984;

No. 10–6054. IN RE MEDINA, *ante,* p. 1001;

No. 10–6134. DUHALL v. LENNAR FAMILY OF BUILDERS, *ante,* p. 1010;

No. 10–6215. McCRAY v. CHRYSLER LLC, *ante,* p. 1067;

No. 10–6227. WILLIAMS, AKA McCARTHY v. ZAVARES, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 987;

No. 10–6305. WATKINS v. MARYLAND DIVISION OF CORRECTIONS ET AL., *ante,* p. 1031;

No. 10–6309. WASHINGTON v. HARRELSON ET AL., *ante,* p. 1032;

No. 10–6317. MARSHALL v. FRIEND ET AL., *ante,* p. 1032;

No. 10–6324. GROOMS v. UNITED STATES, *ante,* p. 974;

No. 10–6326. MORALES v. HARRY, WARDEN, *ante,* p. 1014;

No. 10–6353. TORREZ v. ELEY, *ante,* p. 1046;

No. 10–6412. O'CONNELL v. UTTECHT, SUPERINTENDENT, COYOTE RIDGE CORRECTIONS CENTER, *ante,* p. 1014;

No. 10–6439. WASHINGTON v. PROPES, *ante,* p. 1032;

No. 10–6603. RASHAW-BEY v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, *ante,* p. 991; and

No. 10–6743. BYRD v. UNITED STATES, *ante,* p. 1019. Petitions for rehearing denied.

No. 09–10968. PO KEE WONG v. UNITED STATES, *ante,* p. 857; and

No. 10–5532. REECE v. COUNTRYWIDE HOME LOANS ET AL., *ante,* p. 927. Motions for leave to file petitions for rehearing denied.

No. 10–6934. IN RE HUSBAND, *ante,* p. 1043. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

JANUARY 24, 2011

No. 10–136. HOREL, WARDEN v. SOLORIO VALDOVINOS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma*